544

STATE ex rel. LAWRENCE G. STIMATZ, County Attorney
of Silver Bow County, Montana, Petitioner, v. THE DIS-
TRICT COURT of the SECOND JUDICIAL DISTRICT
of the State of Montana, IN AND FOR the COUNTY OF
SILVER BOW, and the Honorable James D. Freebourn,.
the Judge thereof, Respondents.

No. 12545.
Decided July 10, 1973.
511 P.2d 343.

Argument presented by Lawrence G. Stimatz, Butte, County
Atty., Petitioner.

Argument presented by Hon. James D. Freebourn, District
Judge, 2nd Judicial District, Butte, Montana, Silver Bow Coun-
ty.

MEMO OPINION

PER CURIAM:

This is an original proceeding wherein the petitioner, County
Attorney of Silver Bow County, sought an appropriate writ
against respondents ordering that the trial setting in the case of
State v. Donald Holmes, cause No. 9021 in the district court of
Silver Bow County, be vacated, and secondly, that a full and
complete transcript of the record made in said court on June 19,
1973, be prepared and furnished by respondents.

Following ex parte presentation before this Court on June 25,.
1973, an order to show cause was issued staying further proceed-
ings in the Holmes case and directing respondent court, through
counsel, to be and appear before this Court on July 9, 1973, and
show cause. In response thereto respondent court has furnished
a full and complete transcript of the proceedings in question,
issued an order nunc pro tunc clarifying its oral order and min-
ute entry, the trial date has passed, and counsel for petitioner
and the district judge having appeared and been heard in oral
argument and the matter having been submitted for decision;

Now therefore, the writ sought is denied for the reason that

the order to show cause has been complied with. It is to be noted, however, that from a reading of the transcript that the admissibility of the State's evidence has not been finally determined and will be judicially determined upon the trial in the ordinary course of the law.

The stay order is hereby vacated and set aside.